UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>LT. J. OSTRANDER, S. SAVOIE,<br><br>Defendants. | Case No. 1:19-cv-0994-AWI-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW FIRST AMENDED COMPLAINT**<br><br>(Doc. 11)<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff's complaint was recently screened and found to state a cognizable First Amendment retaliation claim against CO Savoie and a Fourteenth Amendment equal protection claim against Lt. Ostrander. (Doc. 8.) Plaintiff was then directed to file a notice as to whether he wished to proceed on the complaint as screened, to stand on his complaint, or to file a first amended complaint. Shortly thereafter, plaintiff filed a first amended complaint. (Doc. 10.) Plaintiff has now filed a motion titled "Plaintiff Request for the Courts to Return the Incomplete Amended Complaint," which the Court construes as a motion to withdraw the first amended complaint and leave to file a second amended complaint. (Doc. 11.) Good cause appearing, the Court **ORDERS** that:

1. Plaintiff's motion to withdraw (Doc. 11) is **GRANTED**;
2. The first amended complaint (Doc. 10) is **STRICKEN**;
3. Plaintiff shall file a second amended complaint within thirty days from the date of this

1

1. order;
2. 4. The Clerk of Court shall send plaintiff a copy of his original complaint (Doc. 1) and the first amended complaint (Doc. 10).

IT IS SO ORDERED.

Dated: **February 25, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE