UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>LT. J. OSTRANDER, S. SAVOIE,<br><br>Defendants. | Case No. 1:19-cv-0994-AWI-JLT (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO PROSECUTE FIRST AMENDED COMPLAINT**<br><br>(Doc. 13) |

The Court found Plaintiff's complaint a cognizable First Amendment retaliation claim against CO Savoie and a Fourteenth Amendment equal protection claim against Lt. Ostrander. (Doc. 8.) In the screening order, the Court directed Plaintiff to file a notice as to whether he wished to proceed on the complaint as screened, to stand on his complaint, or to file a First Amended Complaint. Shortly thereafter, Plaintiff filed a First Amended Complaint. (Doc. 10.) Plaintiff then filed a motion titled "Plaintiff's Request for the Courts to Return the Incomplete Amended Complaint," which the Court construed as a motion to withdraw the First Amended Complaint and leave to file a Second Amended Complaint. (Docs. 11, 12.) The First Amended Complaint was thus stricken, and the Court granted Plaintiff leave to file a Second Amended Complaint.

Plaintiff has now filed a motion seeking to refile the stricken First Amended Complaint as the operative pleading. (Doc. 13.) Plaintiff also later filed another amended civil rights complaint. (Doc. 15.) Due to this most recently filed pleading, which now serves as the operative pleading,

1

1  Plaintiff's "Motion to Prosecute the First Amended Complaint" (Doc. 13) is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **September 7, 2020**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE