# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>LT. J. OSTRANDER, S. SAVOIE,<br><br>Defendants. | Case No.  1:19-cv-0994-AWI-JLT (PC)<br><br>**ORDER LIFTING STAY**<br><br>**(Doc. 26)**<br><br>**TWENTY-ONE DAY DEADLINE** |

Defendants recently opted out of the Court's Post-Screening ADR Project. (Doc. 26.) Accordingly, the Court **ORDERS**:

1. The stay is **LIFTED**;
2. Defendants shall file an answer to the first amended complaint within twenty-one days from the date of this order.

IT IS SO ORDERED.

Dated:  **January 13, 2021**         /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE

1